IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER SUDA,

    Petitioner,

v.                                        CASE NO. 4:09-cv-00061-SPM -GRJ

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 37, Respondent's motion to expand the record with additional state-court documents pursuant to Rule 7, Rules Governing Habeas Cases Under Section 2254, and Doc. 39, Petitioner's motion for a 60-day period of time to reply to Respondent's opposition to Petitioner's motion to amend his habeas petition. Petitioner has not opposed Respondent's motion to expand the record. Upon due consideration, it is **ORDERED**:

    1. That Respondent's motion to expand the record, Doc. 37, is **GRANTED**.

    2. That Petitioner's motion for a 60-day period to file a reply brief, Doc. 39, is **GRANTED**. Petitioner shall file his reply **on or before February 21, 2011.**

    **DONE AND ORDERED** this 23rd day of December 2010.

                                    *s/ Gary R. Jones*
                                    GARY R. JONES
                                    United States Magistrate Judge