IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER SUDA,

    Petitioner,

v.                                         CASE NO. 4:09-cv-00061-SPM -GRJ

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 53, Petitioner's motion for a 60-day extension of time to file objections to the Report and Recommendation entered on February 28, 2012. Petitioner contends that a 60-day extension is necessary in view of his *pro se* status.

Pursuant to Fed. R. Civ. P. 6(b), the Court may extend the deadline for filing objections upon a showing of good cause. The Court finds that Petitioner has not presented good cause for a 60-day extension of time. As Petitioner points out, he was released from incarceration more than a year ago, and therefore he is not subject to the same constraints that might prevent an incarcerated person from timely filing objections. Petitioner's *pro se* status is not sufficient cause for a lengthy extension, because he has proceeded *pro se* throughout the pendency of this case and is well familiar with the claims asserted. In view of Petitioner's *pro se* status, the Court will afford him a brief extension of time to file objections.

Accordingly, upon due consideration, the motion, Doc. 53, is **GRANTED** to the extent that Petitioner shall submit any objections **on or before March 28, 2012.**

**DONE AND ORDERED** this 15th day of March 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge