IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER SUDA,

    Petitioner,

v.                                                 CASE NO. 4:09cv61-SPM/GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated February 28, 2012. Doc. 51. Both sides have filed objections, pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 4. Despite the objections, I have determined that the report and recommendation is correct and should be adopted.

The objection raised by Respondent has been addressed by the Court in prior orders (docs. 25 and 31) and again in the report and recommendation. The Court finds no reason to change its ruling.

The objection raised by Petitioner fails to show that the denial of relief by the state court was contrary to, or involved an unreasonable application of,

clearly established federal law, or based on an unreasonable determination of facts.  Accordingly, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 51) is ADOPTED and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 21) is denied.

3. A certificate of appealability is denied.

DONE AND ORDERED this 30th day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge